FILED
2023 APR 10 PM 1:56
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

To
United States Federal Court
300 North Hogan Street
Jacksonville Florida 32202

3:23CV411-MMH-MCR

From

Christopher Mahone 2019016201
500 East Adams Street
Jacksonville Florida 32202

Dear U.S. Courts

I inmate C. Mahone is writing to your office/department because I have no family to call and I am being treated worse than a slave by the Sgt. Cope, Ofc. Carmona, Ofc. Stokes, and Ofc. Bocian of Alpha Blue Shift and Sgt. Mig..., Ofc. Zona and Ofc. Lee, of Alpha Gold Shift, all officers of the 6th Floor*.

These officers have threaten me, provoke me, threw away most of my legal paperwork, took and destroyed my $1500 Gold and pearl personal seeing eyeglasses that I have and have had a medical pass

for almost 2 years. And told me that they would pay a inmate put rat wall in my food.

Sgt. Cope told me that they is going to terrorize me until I kill myself. When inmates come out they cells for they one hour phone/shower time these officers get on the dorm intercom and tell the inmates to spit on my door, to throw stuff inside my cell under my cell door, the ofc. even tell the inmates to show me they dicks. Please see 6th Floor 6E4A footage camera on 3-24-23 about 6:00pm-7:00pm and on 4-6-23 about 4:00pm-5:00pm.

Please help me. I need some serious help. These ofc. and Sgt. is retaliating on me due to bad pass history. They are passing word on to their other friends/coworkers and it's like I'm being tortured and provoke by a gang of male ofc. that is willing to do anything to protect and back one of they brotherhood members.

I am so afraid and in extreme fear for my safety and wellbeing. I can't call nobody or no help

Please Help Me ASAP

I don't know what to do.

I have no one to run to or

No where to hide. Please Protect

Me from this Gang-like brotherhood

I'm so hungry but I'm afraid of

the officers paying one of these

trustees to put rittnall in my food

Like Sgt. Cope told Me. I'm Afraid.

Help ASAP